812

**Commonwealth *v.* Thomas, Appellant.**

Submitted November 9, 1970. *John J. Dean* and *J. Graham Sale, Jr.,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

**Commonwealth *v.* Threatt, Appellant.**

Submitted December 7, 1970. *Edward L. Kuntz,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.